**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ROTHSCHILD LOCATION TECHNOLOGIES LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **AT&T MOBILITY LLC,** <br><br> Defendant. | **Civil Action No. 6:15-cv-239** <br><br> **JURY TRIAL DEMANDED** |

**ORIGINAL COMPLAINT**

Plaintiff Rothschild Location Technologies LLC ("Rothschild" or "Plaintiff") files this Amended Complaint for patent infringement against AT&T Mobility LLC ("AT&T" or "Defendant") alleging as follows:

**PARTIES**

1. Plaintiff Rothschild is limited liability company organized under the state of Texas having a principal place of business at 1400 Preston Road, Ste. 400, Plano, TX 75093.

2. On information and belief, Defendant AT&T is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 1025 Lenox Park Blvd., Atlanta, GA 30319. On information and belief, AT&T may be served via its registered agent, The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, Defendant has transacted business in this district, and has committed acts of patent infringement in this district.

5. Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this judicial district.

## U.S. PATENT NO. 8,606,503

6. Plaintiff is the owner by assignment of United States Patent No. 8,606,503 (the "'503 Patent") entitled "Device, System and Method for Remotely Entering, Storing and Sharing Addresses for a Positional Information Device." The '503 Patent issued on December 10, 2013. A true and correct copy of the '503 Patent is attached as Exhibit A.

7. Mr. Leigh M. Rothschild is listed as the inventor on the '503 Patent.

8. On information and belief, to the extent any marking was required by 35 U.S.C. § 287, predecessors in interest to the '503 Patent complied with such requirements.

# COUNT I
## (INFRINGEMENT OF U.S. PATENT NO. 8,606,503)

9. AT&T has, pursuant to 35 U.S.C. § 271, infringed and continues to infringe, the '503 Patent in the State of Texas, in this judicial district, and/or elsewhere in the United States by, among other things, making, using, selling, offering to sell, and/or importing, without license, systems for remotely entering and sharing location information, such as AT&T's Family Map.

10. AT&T's Family Map falls within the scope of at least claim 1 of the '503 Patent, as evidenced by AT&T's product descriptions. For example, AT&T's Family Map provides a method of entering location information. *See* https://play.google.com/store/apps/details?id=com.wavemarket.waplauncher&hl=en. Family Map receives a request from a first positional device for at least one address stored in a second positional device, determining the second positional device, retrieving at least one address of the second positional device, and transmitting the one address to the first positional devices. For example, Family Map allows the user to "see each family member's current location on a map [and] . . . see the history of locations for each family member." *https://itunes.apple.com/us/app/at-t-familymap/id353334746?mt=8*

11. As a result of AT&T's infringement of the '503 Patent, Plaintiff has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless AT&T's infringing activities are enjoined by this Court.

12. Unless a permanent injunction is issued enjoining AT&T and its agents, servants, employees, attorneys, representatives, affiliates, and all others acting on their behalf from infringing the '503 Patent, Plaintiff will be irreparably harmed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter:

1. A judgment in favor of Plaintiff that AT&T has infringed the '503 Patent;

2. A permanent injunction enjoining AT&T and its officers, directors, agents servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement of the '503 Patent, or such other equitable relief the Court determines is warranted;

3. A judgment and order requiring AT&T pay Plaintiff its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '503 Patent as provided under 35 U.S.C. § 284, and an accounting of ongoing post-judgment infringement;

4. Any and all other relief, at law or equity, to which Plaintiff may show itself to be entitled.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

|  |  |
|---|---|
| DATED March 20, 2015. | Respectfully submitted,<br>By: /s/ *Hao Ni*<br>Hao Ni<br>Texas Bar No. 24047205<br>hni@nilawfirm.com<br>Timothy T. Wang<br>Texas Bar No. 24067927<br>twang@nilawfirm.com<br>Neal G. Massand<br>Texas Bar No. 24039038<br>nmassand@nilawfirm.com<br>Stevenson Moore V<br>Texas Bar No. 24076573<br>smoore@nilawfirm.com<br><br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Ln., Ste. 500<br>Dallas, TX 75231<br>Tel: (972) 331-4600<br>Fax: (972) 314-0900<br><br>**ATTORNEYS FOR PLAINTIFF ROTHSCHILD LOCATION TECHNOLOGIES LLC** |