**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ROTHSCHILD LOCATION TECHNOLOGIES LLC,** | |
| Plaintiff, | **Civil Action No. 6:15-cv-239- RWS-JDL** |
| v. | **LEAD CASE** |
| **AT&T MOBILITY LLC, _et al._** | **JURY TRIAL DEMANDED** |
| Defendants. | |
| **ROTHSCHILD LOCATION TECHNOLOGIES LLC,** | |
| Plaintiff, | **Civil Action No. 6:15-cv-261** |
| v. | **CONSOLIDATED CASE** |
| **LYFT, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Rothschild Location Technologies LLC ("Rothschild") and Defendant Lyft, Inc. ("Lyft") file this Joint Stipulation of Dismissal under Fed. R. Civ. P. 41(a).  Rothschild and Lyft stipulate that:

1.       Rothschild consents to dismissal with prejudice of all of its claims against Lyft in this suit.

2.       Rothschild and Lyft shall each bear their own attorney fees and costs incurred in connection with this action.

DATED August 25, 2015.                  Respectfully submitted,

                                        By: */s/ Stevenson Moore*
                                        Hao Ni
                                        Texas Bar No. 24047205
                                        hni@nilawfirm.com
                                        Timothy T. Wang
                                        Texas Bar No. 24067927
                                        twang@nilawfirm.com
                                        Neal G. Massand
                                        Texas Bar No. 24039038
                                        nmassand@nilawfirm.com
                                        Stevenson Moore V
                                        Texas Bar No. 24076573
                                        smoore@nilawfirm.com

                                        **NI, WANG & MASSAND, PLLC**
                                        8140 Walnut Hill Ln., Ste. 500
                                        Dallas, TX 75231
                                        Tel: (972) 331-4600
                                        Fax: (972) 314-0900

                                        **ATTORNEYS FOR PLAINTIFF
                                        ROTHSCHILD LOCATION
                                        TECHNOLOGIES LLC**

                                        */s/ Deron R. Dacus*

                                        Deron R. Dacus (TX Bar No. 00790553)
                                        ddacus@dacusfirm.com
                                        THE DACUS FIRM, P.C.
                                        821 ESE Loop 323, Suite 430
                                        Tyler, TX 75701
                                        Telephone: (903) 705-1117
                                        Facsimile: (903) 705-1117

                                        Jeffrey M. Fisher
                                        jfisher@fbm.com
                                        Deepak Gupta
                                        dgupta@fbm.com
                                        FARELLA BRAUN + MARTEL LLP
                                        235 Montgomery Street, 17th Floor
                                        San Francisco, CA 94104
                                        Telephone: (415) 954-4400
                                        Facsimile: (415) 954-4480

**ATTORNEYS FOR DEFENDANT
LYFT, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of August, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

<u>/s/ *Stevenson Moore*   </u>
Stevenson Moore